Brown, Appellant, *v.* Gloeckner.

Argued October 10, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Reuben Fingold,* with him *A. S. Fingold,* for appellant.

*David R. Levin,* for appellees.

*William L. Jacob,* for appellees.

*. Harry Menzer,* with him *Sachs, Pervin & Kaufman,* for appellee.

OPINION BY PER CURIAM, November 30, 1955:
The decree entered in the Court of Common Pleas of Allegheny County at No. 3136 January Term, 1955, in Equity, is hereby affirmed on the opinion of President Judge McNAUGHER. Costs on the appellant.